**COM.**

v.

**MOSLEY, G.**

222 EDA 2016

Superior Court of Pennsylvania.

3/31/2017

CP–51–CR–0009149–2014
(Philadelphia)

Affirmed

**COM.**

v.

**J.G.M.**

1822 EDA 2016

Superior Court of Pennsylvania.

03/31/2017

CP–09–CR–0007636–2014
(Bucks)

Affirmed

**COM.**

v.

**VASQUEZ–BONILLA, R.**

548 EDA 2016

Superior Court of Pennsylvania.

03/31/2017

CP–51–CR–0014463–2009
(Philadelphia)

Vacated/Remanded

**J.P.H.**

v.

**S.M.R.H.**

2067 EDA 2016

Superior Court of Pennsylvania.

03/31/2017

2013–07094
(Montgomery)

Affirmed